IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CYNTHIA GEORGE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:23-CV-00297 |
| ) | **JURY DEMAND** |
| **OVERALL CREEK APARTMENTS, LLC;** ) | |
| **CHANDLER PROPERTIES, LLC; B.L.** ) | **JUDGE ALETA A. TRAUGER** |
| **BENNETT & ASSOCIATES, INC.;** ) | |
| **DENHOLTZ 5150 JB OWNER, LLC; BBS** ) | |
| **TAFT 5150 JB OWNER; AND CPJB** ) | |
| **DRIVE OWNER, LLC,** ) | |
| ) | |
| Defendants. ) | |
| **And** | |
| **OVERALL CREEK APARTMENTS, LLC** ) | |
| **AND CHANDLER PROPERTIES, LLC,** ) | |
| ) | |
| Third-Party Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| **NILES BOLTON ASSOCIATES, INC.** ) | |
| ) | |
| Third-Party Defendant ) | |

## JOINT MEDIATION REPORT

The plaintiff, Cynthia George, and defendants, Overall Creek Apartments, LLC, Chandler Properties, LLC, B.L. Bennett & Associates, Inc., Denholtz 5150 JB Owner, LLC, BBS Taft 5150 JB Owner, and CPJB Drive Owner, LLC, report that they have conferred regarding attempts to compromise, and counsel for plaintiff and defendants believe that mediation will be of benefit. Counsel for plaintiff and defendants have discussed a potential voluntary mediation to take place in April or May 2024, depending upon the availability of the parties and the agreed upon mediator.

Third-party defendant Niles Bolton Associates, Inc., is not in a position to consider mediation at this time.

Respectfully submitted,

s/Eric G. Calhoun (by J. Murrie w/perm.)
Eric G. Calhoun
Calhoun & Associates
1595 N Central Expressway
Richardson, TX 75080
(241)766-8100
eric@ecalhounlaw.com
*Counsel for Plaintiff Cynthia George*

s/Heather Gwinn Pabon (by J. Murrie w/perm.
Heather Gwinn Pabon
Gordon Rees Scully Mansukhani LLP (Nashville)
4031 Aspen Grove Drive
Suite 290
Franklin, TN 37067
(615)722-9010
hgwinn@grsm.com
*Attorney for Overall Creek Apartments, LLC and Chandler Properties, LLC*

s/Jason K. Murrie
Rebecca W. Demaree, #13994
Jason K. Murrie, #27441
Cornelius & Collins, LLP
211 Athens Way, Suite 200
Nashville, TN 37228
(615) 244-1440
rwdemaree@cclawtn.com
jkmurrie@cclawtn.com
*Counsel for B.L. Bennett & Associates, Inc.*

s/Benjamin A. Johnson (by J. Murrie w/perm.)
Benjamin A. Johnson
Bradley Arant Boult Cummings, LLP
1600 Division Street, Suite 700
Nashville, TN 37203
(615)252-3881
bjohnson@bradley.com
*Attorneys for Defendants Denholtz 5150 JB Owner, LLC; BBS Taft 5051 JB Owner, LLC, and CPJB Drive Owner, LLC*


s/Brian S. Spitler (by J. Murrie w/perm.)
Brian S. Spitler
Luke H. Neder
Copeland Stair Valz & Lovell, LLP
735 Broad Street, Suite 1100
Chattanooga, TN 37402
bspitler@csvl.law
lneder@csvl.law
*Attorneys for Niles Bolton & Associates*

# CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing Joint Report of Mediation has been provided via the Court's electronic filing system to counsel of record including the following on this 15th day of February:

Eric G. Calhoun
Calhoun & Associates
1595 N Central Expressway
Richardson, TX 75080
(241)766-8100
eric@ecalhounlaw.com
*Attorney for Plaintiff*

M. Todd Sandahl
Attorney at Law
234 First Avenue South
Franklin, TN 37064
(615) 794-3450
tsandahl@mtslaw.com
*Attorney for Plaintiff*

Benjamin A. Johnson
Bradley Arant Boult Cummings, LLP
1600 Division Street, Suite 700
Nashville, TN 37203
(615)252-3881
bjohnson@bradley.com
*Attorneys for Defendants Denholtz 5150 JB Owner, LLC; BBS Taft 5051 JB Owner, LLC, and CPJB Drive Owner, LLC*

Brian S. Spitler
Luke H. Neder
Copeland Stair Valz & Lovell, LLP
735 Broad Street, Suite 1100
Chattanooga, TN 37402
bspitler@csvl.law
lneder@csvl.law
*Attorneys for Niles Bolton & Associates*

Heather Gwinn Pabon
Gordon Rees Scully Mansukhani LLP (Nashville)
4031 Aspen Grove Drive
Suite 290
Franklin, TN 37067
(615)722-9010
hgwinn@grsm.com
*Attorney for Overall Creek Apartments, LLC and Chandler Properties*

        s/Jason K. Murrie
        Jason K. Murrie