IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA GEORGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:23-cv-00297 |
| | ) Judge Aleta A. Trauger |
| OVERALL CREEK APARTMENTS, | ) |
| LLC; CHANDLER PROPERTIES, LLC; | ) |
| B.L. BENNETT & ASSOCIATES, INC.; | ) |
| DENHOLTZ 5150 JB OWNER, LLC; | ) |
| BBS TAFT 5150 JB OWNER, LLC; and | ) |
| CPJB DRIVE OWNER, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| And | ) |
| | ) |
| OVERALL CREEK APARTMENTS, | ) |
| LLC AND CHANDLER PROPERTIES, | ) |
| LLC, | ) |
| | ) |
| Third-Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| NILES BOLTON ASSOCIATES, INC., | ) |
| | ) |
| Third-Party Defendant. | ) |

**ORDER**

For the reasons stated in the accompanying Memorandum, the Motion for Summary Judgment filed by defendants Overall Creek Apartments, LLC and Chandler Properties, LLC (Doc. No. 73) and joined in by defendant B.L. Bennett & Associates, Inc. (Doc. No. 78) is **GRANTED**, and this case is **DISMISSED** in its entirety. All other pending motions, including

but not limited to the plaintiff's Motion for Partial Summary Judgment (Doc. No. 71) and Motion to Strike (Doc. No. 90), are **DENIED AS MOOT**.

This is the final order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge